Eric A. Herzog (Bar No. 229066)
eric.herzog@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:   (213) 892-9494

Peter A. Stokes (admitted *pro hac vice*)
peter.stokes@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas  78701
Telephone:   (512) 474-5201
Facsimile:   (512) 536-4598

Kelly A. Potter (admitted *pro hac vice*)
kelly.potter@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, TX 77010
Telephone:   (713) 651-5151
Facsimile:   (713) 651-5246

Attorneys for Defendants
SONA NANOTECH INC.,
DAVID REGAN and ROBERT RANDALL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALPERSTEIN, individually and on behalf of all others similarly situated, | Case No. 2:20-cv-11405-MCS-MAA |
| Plaintiff, | **UNOPPOSED MOTION TO CONSOLIDATE AND POSTPONE RESPONSE DATE** |
| v. | |
| SONA NANOTECH, INC., DAVID REGAN, and ROBERT RANDALL, | |
| Defendants. | |

LYNN POWERS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SONA NANOTECH, INC., DAVID REGAN, and ROBERT RANDALL,

Defendants.

Case No. 2:21-cv-00169-MCS-MAA

Pursuant to Federal Rule of Civil Procedure 42(a), Defendants Sona Nanotech, Inc., David Regan and Robert Randall ("Defendants"), respectfully move to consolidate *Alperstein v. Sona Nanotech, Inc., et al.*, Case No. 2:20-cv-11405-MCS-MAA, and *Powers v. Sona Nanotech, Inc., et al.*, Case No. 2:21-cv-00169-MCS-MAA, entirely. The two cases are factually related and assert the same legal claims on behalf of the same putative class against the same defendants. Counsel for Plaintiffs in both actions are unopposed to consolidation.

Defendants also respectfully move, pursuant to Federal Rules of Civil Procedure 6(b) and 15(a)(3), for an extension of the deadline to answer, move or otherwise respond to the complaint filed in this matter until after the consolidation and a new complaint has been filed. This is a putative securities fraud class action governed by the lead plaintiff requirements, automatic discovery stay, and pleading standards of the Private Securities Litigation Reform Act ("PSLRA"). Under the PSLRA, other shareholders have 60 days from the date of the republished class action notice – which was issued on December 17, 2020 – to move for lead plaintiff status. *See* 15 U.S.C. § 78u-4(a)(3). The 60-day deadline expires on February 16, 2021. Whoever is appointed lead plaintiff for the putative class typically will file an amended complaint. Because no lead plaintiff has yet been appointed, and because the existing complaints likely will be superseded, Defendants respectfully request that their deadline to answer, move or otherwise respond to the existing complaints

be suspended until after a lead plaintiff is appointed. Defendants and the newly-appointed lead plaintiff will confer and submit a proposed schedule for the pre-answer phase of the litigation within seven days after a lead plaintiff is appointed.

Plaintiffs in both actions are unopposed to consolidation and to Defendants' request for a suspension of the deadline to respond to the existing complaints. The parties further agree that in filing this motion, Defendants shall be deemed to have accepted service of the complaints in both actions, subject to and without waiving any arguments, defenses or grounds for dismissal other than objections to sufficiency of service of process.

Dated: February 12, 2021      **NORTON ROSE FULBRIGHT US LLP**

By: /s/ Eric A. Herzog
ERIC A. HERZOG
Attorneys for Defendants
SONA NANOTECH INC., DAVID
REGAN and ROBERT RANDALL

**CERTIFICATE OF CONFERENCE – UNOPPOSED MOTION**

Pursuant to Local Rule 7-3, I hereby certify that on February 11, 2021, my colleague Peter Stokes, counsel for the moving parties, conferred with opposing counsel regarding this motion. Opposing counsel does not oppose the relief requested in this motion.

By: /s/ Eric A. Herzog
ERIC A. HERZOG
Attorneys for Defendants
SONA NANOTECH INC., DAVID
REGAN, and ROBERT RANDALL

## PROOF OF SERVICE

I, Mylene Ruiz, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On February 12, 2021, I electronically filed the attached document(s):

**UNOPPOSED MOTION TO CONSOLIDATE AND POSTPONE RESPONSE DATE; [PROPOSED] ORDER**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Ste 2450
Los Angeles, CA 90071
Tel: (213) 785-2610
lrosen@rosenlegal.com

*Attorney for Plaintiff Alperstein and the Putative Class*
(Case No. 2:20-cv-11405-MCS-MAA)

I also placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail to the following:

Jennifer Pafiti
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Tel: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Plaintiff Powers and the Putative Class*
(Case No. 2:21-cv-00169-MCS-MAA)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 12, 2021, at Los Angeles, California.

/s/ Mylene Ruiz
Mylene Ruiz

DOCUMENT PREPARED
ON RECYCLED PAPER

101783850.1

- 4 -