IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALPERSTEIN, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>SONA NANOTECH, INC., DAVID REGAN, and ROBERT RANDALL,<br><br>   Defendants. | Case No. 2:20-cv-11405-MCS-MAA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE AND POSTPONE RESPONSE DATE** |
| LYNN POWERS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>SONA NANOTECH, INC., DAVID REGAN, and ROBERT RANDALL,<br><br>   Defendants. | Case No. 2:21-cv-00169-MCS-MAA |

DOCUMENT PREPARED ON RECYCLED PAPER

- 1 -

Having considered Defendants' Unopposed Motion to Consolidate and Postpone Response Date, it is **HEREBY ORDERED** that:

1. Defendants' Unopposed Motion to Consolidate and Postpone Response Date is **GRANTED**.

2. The Clerk of Court is directed to consolidate *Alperstein v. Sona Nanotech, Inc., et. al*, Case No. 2:20-cv-11405-MCS-MAA, and *Powers v. Sona Nanotech, Inc., et al*, Case No. 2:21-cv-00169-MCS-MAA, entirely.

3. All future documents in these cases shall be filed in *Alperstein v. Sona Nanotech, Inc., et. al*, Case No. 2:20-cv-11405-MCS-MAA.  The Clerk of Court is directed to file a copy of this order in both Case No. 2:20-cv-11405-MCS-MAA and Case No. 2:21-cv-00169-MCS-MAA.

4. The Clerk of Court is directed to administratively close *Powers v. Sona Nanotech, Inc., et al*, Case No. 2:21-CV-00169-MCS-MAA.

5. Defendants shall have no obligation to answer, move or otherwise respond to the Complaint until after the consolidation of the matters, the appointment of a lead plaintiff and the filing of an amended complaint. Counsel for Defendants shall confer with counsel for the newly-appointed lead plaintiff and submit a proposed schedule of deadlines within seven days after the appointment of a lead plaintiff.

Dated:

_____
UNITED STATES DISTRICT JUDGE