# EXHIBIT 3

| Sona Nanotech Inc. Loss Chart Class Period: July 2, 2020 through November 25, 2020 | | | | | | | | | | | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 1.36 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Schulze, Steven | 7/6/2020 | 2,200 | ($6.39) | ($14,066.58) | | | | | | | | |
| | 7/6/2020 | 670 | ($6.39) | ($4,284.10) | | | | | | | | |
| | 7/9/2020 | 920 | ($6.49) | ($5,973.68) | | | | | | | | |
| | 7/28/2020 | 2,780 | ($8.95) | ($24,886.56) | | | | | | | | |
| | 7/28/2020 | 840 | ($8.65) | ($7,262.00) | | | | | | | | |
| | 8/20/2020 | 3,870 | ($5.60) | ($21,670.63) | | | | | | | | |
| | 10/15/2020 | 9,650 | ($7.07) | ($68,247.73) | 11/30/2020 | 9,700 | $0.86 | $8,349.76 | | | | |
| | 10/22/2020 | 286 | ($6.48) | ($1,851.85) | 11/30/2020 | 1,510 | $0.87 | $1,317.52 | | | | |
| | 10/22/2020 | 50 | ($6.52) | ($326.00) | 11/30/2020 | 10,056 | $0.87 | $8,750.45 | | | | |
| | | 21,266 | | ($148,569.13) | | 21,266 | | $18,417.73 | 0 | $0.00 | ($130,151.40) | |