ROBBINS LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsllp.com
GREGORY E. DEL GAIZO (247319)
gdelgaizo@robbinsllp.com
5040 Shoreham Place
San Diego, CA  92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Counsel for Movant Steven Schulze and
[Proposed] Lead Counsel*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALPERSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>SONA NANOTECH INC., DAVID REGAN, and ROBERT RANDALL,<br><br>          Defendants. | Case No. 2:20-cv-11405-MCS-MAA<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION AND  MOTION OF MOVANT STEVEN SCHULZE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL |
| LYNN POWERS, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>SONA NANOTECH INC., DAVID REGAN, and ROBERT RANDALL,<br><br>          Defendants. | Case No. 2:21-cv-00169-MCS-MAA<br><br><br><br><br><br>Judge:  Hon. Mark C. Scarsi<br>Ctrm:   7C<br>Date:   March 22, 2021<br>Time:   9:00 a.m. |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on March 22, 2021 at 9:00 a.m., before the Honorable Mark C. Scarsi, in Courtroom 7C, United States District Court for the Central District of California, 350 West 1st Street, 7th Floor, Los Angeles, California, 90012, Movant Steven Schulze ("Movant") will respectfully move the Court, pursuant to section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for entry of an Order: (i) consolidating the related actions pursuant to Federal Rule of Civil Procedure 42(a); (ii) appointing Movant as Lead Plaintiff in the above-captioned actions; and (iii) approving Movant's selection of Robbins LLP as Lead Counsel for Lead Plaintiff and the proposed Class.[1]

The grounds for this Motion are set forth in the Memorandum of Law in Support of Movant's Motion; and the Declaration of Gregory E. Del Gaizo in Support of Movant's Motion, filed contemporaneously herewith.

Dated: February 16, 2021

ROBBINS LLP
BRIAN J. ROBBINS
GREGORY E. DEL GAIZO

s/Gregory E. Del Gaizo
GREGORY E. DEL GAIZO

5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsllp.com
gdelgaizo@robbinsllp.com

*Counsel for Movant Steven Schulze and [Proposed] Lead Counsel*

---

[1] Local Rule 7-3 and the Court's Initial Standing Order require a conference of counsel prior to filing motions. Due to the PLSRA's lead plaintiff procedure, however, Movant will not know which other class members may move for appointments as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant requests that the conferral requirement of Local Rule 7-3 be waived.

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 16, 2021

s/Gregory E. Del Gaizo
GREGORY E. DEL GAIZO

1510400

- 2 -