ROBBINS LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsllp.com
GREGORY E. DEL GAIZO (247319)
gdelgaizo@robbinsllp.com
5040 Shoreham Place
San Diego, CA  92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Counsel for Movant Steven Schulze and*
*[Proposed] Lead Counsel*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALPERSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONA NANOTECH INC., DAVID REGAN, and ROBERT RANDALL,<br><br>Defendants. | Case No. 2:20-cv-11405-MCS-MAA<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION OF MOVANT STEVEN SCHULZE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL |
| LYNN POWERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONA NANOTECH INC., DAVID REGAN, and ROBERT RANDALL,<br><br>Defendants. | Case No. 2:21-cv-00169-MCS-MAA<br><br><br><br>Judge: Hon. Mark C. Scarsi<br>Ctrm:  7C<br>Date:   March 22, 2021<br>Time:  9:00 a.m. |

The Court having considered Movant Steven Schulze's Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The following actions are hereby consolidated for all purposes, including pretrial proceedings and trial, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure:

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Alperstein v. Sona Nanotech Inc., et al.* | 2:20-cv-11405-MCS-MAA | December 17, 2020 |
| *Powers v. Sona Nanotech Inc., et al.* | 2:21-cv-00169-MCS-MAA | January 8, 2021 |

3. Every pleading filed in these consolidated actions, or in any separate action included, shall bear the following caption:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SONA NANOTECH INC. SECURITIES LITIGATION | Lead Case No. 2:20-cv-11405-MCS-MAA |

4. The files of these consolidated actions shall be maintained in one file under Lead Case No. 2:20-cv-11405-MCS-MAA;

5. The Court, having considered the provisions of section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby appoints Steven Schulze as Lead Plaintiff; and

- 1 -

6. Lead Plaintiff's selection of Lead Counsel is approved. Pursuant to section 21D(a)(3)(B)(v) of the Exchange Act, the law firm of Robbins LLP is approved as Lead Counsel for Lead Plaintiff.

IT IS SO ORDERED.

Dated: _____

HONORABLE MARK. C. SCARSI
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 16, 2021.

s/Gregory E. Del Gaizo<br>
GREGORY E. DEL GAIZO

1510401

- 3 -