ROBBINS LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsllp.com
GREGORY E. DEL GAIZO (247319)
gdelgaizo@robbinsllp.com
5040 Shoreham Place
San Diego, CA  92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Counsel for Movant Steven Schulze and
[Proposed] Lead Counsel*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALPERSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>     v.<br><br>SONA NANOTECH INC., DAVID REGAN, and ROBERT RANDALL,<br><br>                         Defendants. | Case No. 2:20-cv-11405-MCS-MAA<br><br>CLASS ACTION<br><br>DECLARATION OF GREGORY E. DEL GAIZO IN SUPPORT OF MOTION OF MOVANT STEVEN SCHULZE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL |
| LYNN POWERS, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>     v.<br><br>SONA NANOTECH INC., DAVID REGAN, and ROBERT RANDALL,<br><br>                         Defendants. | Case No. 2:21-cv-00169-MCS-MAA<br><br><br><br>Judge: Hon. Mark C. Scarsi<br>Ctrm:  7C<br>Date:   March 22, 2021<br>Time:   9:00 a.m. |

I, Gregory E. Del Gaizo, declare as follows:

I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a partner with the law firm Robbins LLP, counsel for Movant Steven Schulze ("Movant") in the above-entitled action.  I submit this Declaration in Support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit A:   Published Notice, *Rosen Law Firm Files Securities Class Action Lawsuit Against Sona Nanotech*, PRNewswire (December 17, 2020);

Exhibit B:   Certification of Movant;

Exhibit C:   Chart of Movant's Purchases and Losses; and

Exhibit D:   Firm resume of Robbins LLP.

I declare under penalty of perjury, on this 16th day of February, 2021, under the laws of the United States of America that the foregoing is true and correct.

　　　　　　　　　　　　　　　　 /s/Gregory E. Del Gaizo
　　　　　　　　　　　　　　　　GREGORY E. DEL GAIZO

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 16, 2021.

s/Gregory E. Del Gaizo
GREGORY E. DEL GAIZO

1510403

- 2 -