# Exhibit C

| Date | Transaction Type | Shares | Price Per Share[2] | Total Paid | Total Received |
|---|---|---|---|---|---|
| | | | | | |
| **Sona Nanotech Inc. Loss Calculation - Steven Schulze** | | | | | |
| **Class Period: July 2, 2020 - November 25, 2020** | | | | | |
| 7/6/2020 | Buy | 2200 | 6.3939 | (14,066.58) | - |
| 7/6/2020 | Buy | 600 | 6.3935 | (3,836.10) | - |
| 7/6/2020 | Buy | 70 | 6.4000 | (448.00) | - |
| 7/9/2020 | Buy | 200 | 6.4929 | (1,298.58) | - |
| 7/9/2020 | Buy | 100 | 6.4953 | (649.53) | - |
| 7/9/2020 | Buy | 600 | 6.4938 | (3,896.28) | - |
| 7/9/2020 | Buy | 20 | 6.4647 | (129.29) | - |
| 7/28/2020 | Buy | 60 | 9.0000 | (540.00) | - |
| 7/28/2020 | Buy | 834 | 8.8400 | (7,372.56) | - |
| 7/28/2020 | Buy | 1886 | 9.0000 | (16,974.00) | - |
| 7/28/2020 | Buy | 400 | 8.7500 | (3,500.00) | - |
| 7/28/2020 | Buy | 440 | 8.5500 | (3,762.00) | - |
| 8/20/2020 | Buy | 100 | 5.5730 | (557.30) | - |
| 8/20/2020 | Buy | 500 | 5.5805 | (2,790.25) | - |
| 8/20/2020 | Buy | 300 | 5.5805 | (1,674.15) | - |
| 8/20/2020 | Buy | 500 | 5.5805 | (2,790.25) | - |
| 8/20/2020 | Buy | 100 | 5.6108 | (561.08) | - |
| 8/20/2020 | Buy | 100 | 5.6108 | (561.08) | - |
| 8/20/2020 | Buy | 100 | 5.6108 | (561.08) | - |
| 8/20/2020 | Buy | 2100 | 5.6108 | (11,782.68) | - |
| 8/20/2020 | Buy | 70 | 5.6108 | (392.76) | - |
| 10/15/2020 | Buy | 3800 | 7.0952 | (26,961.76) | - |
| 10/15/2020 | Buy | 2900 | 7.0800 | (20,532.00) | - |
| 10/15/2020 | Buy | 50 | 7.0790 | (353.95) | - |
| 10/15/2020 | Buy | 300 | 7.0704 | (2,121.12) | - |
| 10/15/2020 | Buy | 100 | 7.0553 | (705.53) | - |
| 10/15/2020 | Buy | 200 | 7.0337 | (1,406.74) | - |
| 10/15/2020 | Buy | 1600 | 7.0261 | (11,241.76) | - |
| 10/15/2020 | Buy | 700 | 7.0256 | (4,917.92) | - |
| 10/15/2020 | Buy | 50 | 6.5200 | (326.00) | - |
| 10/22/2020 | Buy | 286 | 6.4750 | (1,851.85) | - |
| 11/30/2020 | Sell | (500) | 0.8811 | - | 440.55 |
| 11/30/2020 | Sell | (4800) | 0.8766 | - | 4,207.68 |
| 11/30/2020 | Sell | (2000) | 0.8734 | - | 1,746.80 |
| 11/30/2020 | Sell | (2286) | 0.8737 | - | 1,997.28 |
| 11/30/2020 | Sell | (4100) | 0.8657 | - | 3,549.37 |
| 11/30/2020 | Sell | (900) | 0.8733 | - | 785.97 |
| 11/30/2020 | Sell | (610) | 0.8656 | - | 528.02 |
| 11/30/2020 | Sell | (6070) | 0.8608 | - | 5,225.06 |
| **Shares Remaining** | | - | **LIFO Subtotal** | $ | (130,081.46) |
| **Average Price[1]** | | 1.36 | **Retained Value** | $ | - |
| | | | **Cost Basis of Shares Retained** | $ | - |
| | | | **Loss** | $ | (130,081.46) |

(1) Using the average closing price between November 25, 2020 - Present.

(2) Post class period sales valued using the greater of: (i) the average closing price between the end of the class period and the sales date or (ii) the actual sales price.