**ROCHE CYRULNIK FREEDMAN LLP**
Ivy T. Ngo (249860)
Velvel (Devin) Freedman (*pro hac vice* forthcoming)
Constantine P. Economides (*pro hac vice* forthcoming)
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 971-5943
Facsimile: (646) 392-8842
Emails: ingo@rcfllp.com
        vel@rcfllp.com
        ceconomides@rcfllp.com

*Counsel for Movant Meridian Media Ventures Inc. and
Proposed Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALPERSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONA NANOTECH INC., DAVID REGAN, and ROBERT RANDALL<br><br>Defendants. | No.:  2:20-cv-11405-MCS-MAA<br><br>**NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF MERIDIAN MEDIA VENTURES INC. AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>CLASS ACTION<br>JUDGE: Mark C. Scarsi<br>Hearing Date: March 22, 2021<br>Time: 9:00 a.m.<br>CTRM: 7C – First Street Courthouse |
| LYNN POWERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONA NANOTECH INC., DAVID REGAN, and ROBERT RANDALL,<br><br>Defendants. | No. 2:21-cv-00169-MCS-MAA |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, March 22, 2021, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 7C, of the U.S. District Court for the Central District of California, 350 West 1st Street, Los Angeles, CA 90012 before the Honorable Mark C. Scarsi, or any Judge sitting in his stead, Movant Meridian Media Ventures Inc. ("Movant") will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, and Federal Rule of Civil Procedure ("Rule") 42(a), for an Order:

1. Consolidating of the above-captioned related securities class actions;

2. Appointing Movant as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons or entities who purchased or otherwise acquired the securities of Sona Nanotech Inc. between July 2, 2020 and November 25, 2020, inclusive;

3. Approving Movant's selection of Roche Cyrulnik Freedman LLP ("RCF") as Lead Counsel for the putative Class; and

4. Granting such other and further relief as the Court may deem just and proper.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support thereof, the Declaration of Ivy T. Ngo filed herewith, and all exhibits attached thereto, and such other written and oral arguments as may be permitted by the Court.

This Motion is made on the grounds that Movant has timely filed its motion pursuant to the PSLRA and is believed to have the largest financial interest in the outcome of the litigation. Moreover, Movant meets the requirements of the PSLRA and Rule 23 in that its claims are typical of the claims of the Class, and it will fairly and adequately represent the interests of the Class. Further, Movant's choice of counsel should be accepted by this Court because RCF possesses extensive

1

NOT OF MTN AND MTN FOR CONSOL OF RLTD ACTNS, APPTMNT OF MERIDIAN MEDIA VENTURES INC. AS LEAD PLNTFF AND APPRVL OF SLCTN OF LEAD CNSL

experience and expertise in securities fraud and other class actions.

For all of the foregoing reasons, Movant respectfully requests that this Court: (1) consolidate the above-captioned related actions; (2) appoint Movant to serve as Lead Plaintiff; (3) approve Movant's selection of Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: February 16, 2021                    Respectfully Submitted,

**ROCHE CYRULNIK FREEDMAN LLP**

*/s/ Ivy T. Ngo*
Ivy T. Ngo (249860)
Velvel (Devin) Freedman (*pro hac vice* forthcoming)
Constantine P. Economides *(pro hac vice* forthcoming)
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 971-5943
Emails: ingo@rcfllp.com
        vel@rcfllp.com
        ceconomides@rcfllp.com

*Counsel for Movant Meridian Media Ventures Inc. and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (290685)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Movant Meridian Media Ventures Inc.*

2

NOT OF MTN AND MTN FOR CONSOL OF RLTD ACTNS, APPTMNT OF MERIDIAN MEDIA VENTURES INC. AS LEAD PLNTFF AND APPRVL OF SLCTN OF LEAD CNSL

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 16, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

By:   */s/ Ivy T. Ngo*

Ivy T. Ngo

NOT OF MTN AND MTN FOR CONSOL OF RLTD ACTNS, APPTMNT OF MERIDIAN MEDIA VENTURES INC. AS LEAD PLNTFF AND APPRVL OF SLCTN OF LEAD CNSL