**ROCHE CYRULNIK FREEDMAN LLP**
Ivy T. Ngo (249860)
Velvel (Devin) Freedman (*pro hac vice* forthcoming)
Constantine P. Economides (*pro hac vice* forthcoming)
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 971-5943
Facsimile: (646) 392-8842
Emails: ingo@rcfllp.com
        vel@rcfllp.com
        ceconomides@rcfllp.com

*Counsel for Movant Meridian Media Ventures Inc. and
Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALPERSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONA NANOTECH INC. DAVID REGAN, and ROBERT RANDALL,<br><br>Defendants. | No.:  2:20-cv-11405-MCS-MAA<br><br>**DECLARATION OF IVY T. NGO IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF MERIDIAN MEDIA VENTURES INC. AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| LYNN POWERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONA NANOTECH INC., DAVID REGAN, and ROBERT RANDALL,<br><br>Defendants. | CLASS ACTION<br>JUDGE: Mark C. Scarsi<br>Hearing Date: March 22, 2021<br>Time: 9:00 a.m.<br>CTRM: 7C – First Street Courthouse<br><br>No. 2:21-cv-00169-MCS-MAA |

DECL OF IVY T. NGO ISO MTN FOR CONSOL OF RLTD ACTNS, APPTMNT OF MERIDIAN MEDIA VENTURES INC. AS LEAD PLNTFF AND APPRVL OF SLCTN OF LEAD CNSL

I, IVY T. NGO, hereby declare as follows:

1.    I am Of Counsel with Roche Cyrulnik Freedman LLP ("RCF"), counsel on behalf of Meridian Media Ventures Inc. ("Movant"), and have personal knowledge of the facts set forth herein.

2.    I make this Declaration in support of Movant's motion for consolidation of the above-captioned related actions, appointment as Lead Plaintiff, and approval of its selection of RCF as Lead Counsel.

3.    Attached hereto as the exhibits indicated are copies of the following:

Exhibit A:   Shareholder Certification executed by Movant;

Exhibit B:   Loss chart of Movant;

Exhibit C:   Declaration of Movant;

Exhibit D:   Firm resume of RCF; and

Exhibit E:   Press release published over *PR Newswire*, announcing the pendency of the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts and true and correct.

Executed this 16th day of February, 2021 at Lakewood, Colorado.

*/s/ Ivy T. Ngo*
Ivy T. Ngo

2

DECL OF IVY T. NGO ISO MTN FOR CONSOL OF RLTD ACTNS, APPTMNT OF MERIDIAN MEDIA VENTURES INC. AS LEAD PLNTFF AND APPRVL OF SLCTN OF LEAD CNSL

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 16, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

/s/ Ivy T. Ngo
Ivy T. Ngo

DECL OF IVY T. NGO ISO MTN FOR CONSOL OF RLTD ACTNS, APPTMNT OF MERIDAN MEDIA VENTURES INC. AS LEAD PLNTFF AND APPRVL OF SLCTN OF LEAD CNSL