# Exhibit A

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.     I, Anas Ghanim Aljumaily, on behalf of Meridian Media Ventures Inc. ("MMV"), as President of MMV, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.     I am fully authorized to enter into and execute this Certification on behalf of MMV.

3.     I have reviewed a Complaint against Sona Nanotech Inc. ("Sona Nanotech" or the "Company") and authorize the filing of a lead plaintiff motion on MMV's behalf.

4.     MMV did not purchase or acquire Sona Nanotech securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

5.     MMV is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Sona Nanotech securities during the class period, including providing testimony at deposition and trial, if necessary.  MMV understands that the Court has the authority to select the most adequate lead plaintiff in this action.

6.     To the best of my current knowledge, the attached sheet (Schedule "A") lists all of MMV's transactions in Sona Nanotech securities during the Class Period, as specified in the Complaint.

7.     During the three-year period preceding the date on which this Certification is signed, MMV has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

8.    MMV agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its's pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day of

2/11/2021
_____.

DocuSigned by:

*Anas Ghanim Aljumaily*
6ACA8BA540954E1...

Anas Ghanim Aljumaily

## SCHEDULE A

### Transactions in Sona Nanotech Inc. (SNANF)

| Trade Date | Transaction Type | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| 8/13/2020 | PURCHASE | 10,000 | $7.4800 | $74,800.00 |
| 8/17/2020 | SALE | 10,000 | $7.4100 | $74,100.00 |
| 8/20/2020 | PURCHASE | 15,000 | $6.4460 | $96,690.00 |
| 8/20/2020 | PURCHASE | 30,000 | $7.4465 | $223,396.56 |
| 8/24/2020 | PURCHASE | 30,000 | $7.4813 | $224,439.00 |
| 8/25/2020 | SALE | 5,700 | $6.3600 | $36,252.00 |
| 8/26/2020 | SALE | 20,000 | $7.4000 | $148,000.04 |
| 8/27/2020 | SALE | 25,000 | $5.5500 | $138,750.00 |
| 9/14/2020 | PURCHASE | 10,000 | $6.4000 | $64,000.00 |
| 9/14/2020 | PURCHASE | 15,000 | $6.3400 | $95,100.00 |
| 9/22/2020 | PURCHASE | 5,000 | $5.0500 | $25,250.00 |
| 10/29/2020 | SALE | 25,000 | $2.0100 | $50,250.00 |