# Exhibit B

Sona Nanotech Inc. (SNANF)
Class Period: July 2, 2020 - November 25, 2020
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Purchase Date | Shares Purchased | Price Purchased | Amount | Sales Date | Shares Sold | Shares Retained | Price | Amount | Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Meridian Media Ventures Inc. | 8/13/2020 | 10,000 | $ 7.4800 | $ (74,800.00) | 8/17/2020 | 10,000 | | $ 7.41 | $ 74,100.00 | |
| | 8/20/2020 | 15,000 | $ 6.4460 | $ (96,690.00) | 8/25/2020 | 5,700 | | $ 6.36 | $ 36,252.00 | |
| | 8/20/2020 | 30,000 | $ 7.4465 | $ (223,396.56) | 8/26/2020 | 20,000 | | $ 7.40 | $ 148,000.04 | |
| | 8/24/2020 | 30,000 | $ 7.4813 | $ (224,439.00) | 8/27/2020 | 25,000 | | $ 5.55 | $ 138,750.00 | |
| | 9/14/2020 | 10,000 | $ 6.4000 | $ (64,000.00) | 10/29/2020 | 25,000 | | $ 2.01 | $ 50,250.00 | |
| | 9/14/2020 | 15,000 | $ 6.3400 | $ (95,100.00) | | | | | | |
| | 9/22/2020 | 5,000 | $ 5.0500 | $ (25,250.00) | | | | | | |
| | | | | | | | 29,300 | $ 1.36 | $ 39,848.00 | |
| **TOTAL** | | **115,000** | | **$ (803,675.56)** | | **85,700** | **29,300** | | | **$ (316,476)** |