# Exhibit C

**DECLARATION IN SUPPORT OF THE APPOINTMENT OF MERIDIAN MEDIA VENTURES INC. AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, Anas Ghanim Aljumaily, declare as follows:

1. I respectfully submit this declaration in support of Meridian Media Ventures Inc.'s ("MMV") motion for appointment as Lead Plaintiff and approval of its selection of Roche Cyrulnik Freedman LLP ("RCF") as Lead Counsel and The Schall Law Firm ("SLF") as Additional Counsel in the instant securities class action against Sona Nanotech Inc. ("Sona" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA. I have personal knowledge about the information set forth below relating to MMV as well as to my activities, actions and beliefs, and would testify competently thereto.

2. I am the president of MMV, a media company registered in Delaware, and am authorized to make this declaration on its behalf. I am a 32-year-old businessman who has been investing in the capital markets for over 10 years. I purchased Sona securities between July 2, 2020, and November 25, 2020, both dates inclusive, (the "Class Period") based on my analysis of the Company and its business, operations and prospects. I have assigned to MMV all rights, title and interest in any and all claims, demands, and causes of action of any kind whatsoever which I have or may have from violations under the federal securities laws of the United States of America in connection with the purchase of Sona securities.

3. As the president of MMV and in other professional endeavors, I have hired and oversaw numerous attorneys in connection with various business matters. I obtained a bachelor's degree from Sophia University in Tokyo, Japan in 2010, where I studied economics and international business. During my undergraduate studies in Tokyo, I worked on research of Japan-Arab relations in the Parliament of Japan before helping launch an internet startup, eriQoo. I then earned a Master of Business Administration from Harvard Business School in 2017.

DocuSign Envelope ID: 5F1F229E-CE3C-4157-B6B7-C75F8D39C0E6

4.      As reflected in the motion for appointment as Lead Plaintiff and supporting papers, MMV has incurred substantial losses on the investments in Sona securities. As such, MMV is highly motivated to recover the significant losses that it and the proposed class suffered as a result of defendants' violations of the federal securities laws.

5.      MMV understands, appreciates, and accepts the duties and responsibilities with which a lead plaintiff is charged under the PSLRA. MMV's familiarity with the PSLRA's requirements is informed by, among other things, my multiple conversation with counsel regarding this case prior to filing this motion. We discussed the claims against Defendants, MMV's interest in serving as Lead Plaintiff, the fiduciary responsibilities and obligations of the Lead Plaintiff to the class, and the Lead Plaintiff's obligation to select Lead Counsel, and to ensure that the class's claims will be efficiently and zealously prosecuted by way of MMV's proposed Lead Counsel.

6.      MMV seeks to serve as Lead Plaintiff in this case as it is committed to achieving the best possible recovery for the Class and to hold the culpable parties accountable to the fullest extent of the law. MMV believe that the prosecution of this case should be entrusted to experienced investors who also have a significant financial interest in the claims against defendants and are committed to ensuring that the litigation proceeds as zealously and efficiently as possible, in accordance with the lead plaintiff's duties under the PSLRA.

7.      MMV understands its duties as Lead Plaintiff include the fair and adequate representation to all members of the class, and if appointed as Lead Plaintiff, MMV will fulfill these responsibilities to the best of its abilities. MMV also understands that its duties as Lead Plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case in a way that best serves the interests of the class. If appointed as Lead Plaintiff, MMV will monitor and direct the efforts and activities of its proposed Lead Counsel to ensure that the litigation is handled efficiently.

8.      In performing these duties, MMV will, among other things, review pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

9.      MMV and its counsel have each other's contact information and either of them may call for a meeting or conference call at any time, including on an emergency basis if necessary. MMV is able and willing to reconvene future calls, as well as attend in-person meetings, and communicate via email, as often and regularly as necessary to ensure responsible oversight of counsel. MMV does not foresee any problems communicating with counsel or staying abreast of the progress of this litigation.

10.     After careful consideration, MMV is satisfied that its chosen counsel, RCF as Lead Counsel and SLF as Additional Counsel, are experienced in prosecuting actions of this nature and are capable of diligently prosecuting the class's claims under my supervision. MMV has negotiated a cap of less than the standard 33 1/3% in attorney's fees of any class action settlement in this action.

11.     MMV is aware that it could select any counsel to represent me, and that it was not and are not required or compelled to recommend RCF as Lead Counsel. By submitting this declaration, MMV is personally ratifying RCF as its choice for that role in this Litigation.

12.     MMV has no interests antagonistic to the interests of the class in relation to this class action and does not believe that it is subject to any unique defenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this date of _____2/16/2021_____.

DocuSigned by:

_____
6ACA8BA540954E1...
Anas Ghanim Aljumaily

3