# EXHIBIT A

**Sona Nanotech, Inc. (SONA; SNANF)**
**Class Period: July 2, 2020 to November 25, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $1.3634 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PreClass | 15,300 | | | | | | |
| Vatter Investment Partners | 7/20/2020 | 100 | $6.6400 | ($664) | 7/6/2020 | (15,300) | $6.8398 | $104,649 | | | | |
| Vatter Investment Partners | 7/20/2020 | 6,320 | $6.6500 | ($42,028) | | | | | | | | |
| Vatter Investment Partners | 7/20/2020 | 3,100 | $6.7500 | ($20,925) | | | | | | | | |
| Vatter Investment Partners | 7/20/2020 | 200 | $6.8000 | ($1,360) | | | | | | | | |
| Vatter Investment Partners | 7/20/2020 | 3,000 | $6.8100 | ($20,430) | | | | | | | | |
| Vatter Investment Partners | 7/20/2020 | 3,180 | $6.8300 | ($21,719) | | | | | | | | |
| **Vatter Investment Partners** | | **15,900** | | **($107,126)** | | **(15,300)** | | **$104,649** | **15,900** | **$21,678** | **($85,448)** | **($85,448)** |
| | | | | | PreClass | 15,300 | | | | | | |
| Slice of Pie, LLC | 8/6/2020 | 5,000 | $7.5000 | ($37,500) | 11/3/2020 | (3,127) | $2.9199 | $9,131 | | | | |
| Slice of Pie, LLC | 8/6/2020 | 1,800 | $7.5000 | ($13,500) | | | | | | | | |
| Slice of Pie, LLC | 8/6/2020 | 73 | $7.5000 | ($548) | | | | | | | | |
| Slice of Pie, LLC | 8/6/2020 | 5,000 | $7.0000 | ($35,000) | | | | | | | | |
| Slice of Pie, LLC | 8/7/2020 | 100 | $7.5900 | ($759) | | | | | | | | |
| Slice of Pie, LLC | 8/7/2020 | 400 | $7.6000 | ($3,040) | | | | | | | | |
| **Slice of Pie, LLC** | | **12,373** | | **($90,347)** | | **(3,127)** | | **$9,131** | **12,373** | **$16,869** | **($64,347)** | **($68,610)** |
| Summary | | | | | | | | | | | | |
| Vatter Investment Partners | | 15,900 | | ($107,126) | | (15,300) | | $104,649 | 15,900 | | ($85,448) | ($85,448) |
| Slice of Pie, LLC | | 12,373 | | ($90,347) | | (3,127) | | $9,131 | 12,373 | | ($64,347) | ($68,610) |
| **Total** | | **28,273** | | **($197,473)** | | **(18,427)** | | **$113,780** | **28,273** | | **($149,795)** | **($154,058)** |

*Average Closing Prices from November 25, 2020 to February 12, 2021                    Page 1 of 1