# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.  I, Robert Vatter, on behalf of Vatter Investment Partners ("Vatter Investment"), as Partner, with authority to bind Vatter Investment and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Sona Nanotech Inc. ("Sona" or the "Company") and authorize the filing of a comparable complaint on behalf of Vatter Investment.

3.  Vatter Investment did not purchase or acquire Sona securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  Vatter Investment is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Sona securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  The attached sheet lists all of Vatter Investment's transactions in Sona securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, Vatter Investment has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  Vatter Investment agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except

DocuSign Envelope ID: C70BFD88-5C11-4620-BDCB-F02C4CC1531C

such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury that the foregoing is true and correct.

2/16/2021

**Executed** _____

**(Date)**

DocuSigned by:

*Robert W Vatter*

27799C053D504E6...

**(Signature)**

Robert Vatter
Partner
Vatter Investment Partners

**Sona Nanotech, Inc. (SONA; SNANF)**                    **Vatter Investment Partners**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 7/20/2020 | 100 | $6.6400 |
| Purchase | 7/20/2020 | 6,320 | $6.6500 |
| Purchase | 7/20/2020 | 3,100 | $6.7500 |
| Purchase | 7/20/2020 | 200 | $6.8000 |
| Purchase | 7/20/2020 | 3,000 | $6.8100 |
| Purchase | 7/20/2020 | 3,180 | $6.8300 |
| Sale | 7/6/2020 | (15,300) | $6.8398 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, Robert Vatter, on behalf of Slice of Pie, LLC ("Slice of Pie"), as Manager, with authority to bind Slice of Pie and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Sona Nanotech Inc. ("Sona" or the "Company") and authorize the filing of a comparable complaint on behalf of Slice of Pie.

3. Slice of Pie did not purchase or acquire Sona securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. Slice of Pie is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Sona securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. The attached sheet lists all of Slice of Pie's transactions in Sona securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, Slice of Pie has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. Slice of Pie agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except

DocuSign Envelope ID: C70BFD88-5C11-4620-BBCB-F02C4CC1531C

such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury that the foregoing is true and correct.

**Executed** <u>   2/16/2021               </u>
               **(Date)**

DocuSigned by:

*Robert W Vatter*

27799C053D504E6...

              **(Signature)**

Robert Vatter
Manager
Slice of Pie, LLC

**Sona Nanotech, Inc. (SONA; SNANF)**                                      **Slice of Pie, LLC**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 8/6/2020 | 5,000 | $7.5000 |
| Purchase | 8/6/2020 | 1,800 | $7.5000 |
| Purchase | 8/6/2020 | 73 | $7.5000 |
| Purchase | 8/6/2020 | 5,000 | $7.0000 |
| Purchase | 8/7/2020 | 100 | $7.5900 |
| Purchase | 8/7/2020 | 400 | $7.6000 |
| Sale | 11/3/2020 | (3,127) | $2.9199 |