# EXHIBIT D

**DECLARATION IN SUPPORT OF CO-LEAD PLAINTIFFS MOTION**

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I, Robert Vatter, on behalf of Vatter Investment Partners ("Vatter Investment") and Slice of Pie, LLC ("Slice of Pie") (collectively, "Movants"), respectfully submit this Declaration in support of Movants' motion for consolidation of related actions, appointment as Co-Lead Plaintiffs, and approval of Movants' selection of Pomerantz LLP ("Pomerantz") as Lead Counsel in the instant class action on behalf of investors in the securities of Sona Nanotech Inc. ("Sona" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA. I have personal knowledge about the information in this Declaration.

2.      I, Robert Vatter, as Partner of Vatter Investment and Manager of Slice of Pie, am authorized to make this declaration on behalf of Movants, which are both investment funds. I am also authorized to bind Movants in connection with this litigation.

3.      I live in San Luis County, California. I have a college degree and am a retired fire captain. I am 70 years old and have been investing in the securities markets for approximately 13 years. As reflected in the Certifications I signed on behalf of Movants, Movants purchased Sona securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

4.      I have discussed this case with counsel. Accordingly, I am aware of the current status of this litigation. I understand that in addition to Movants, other investors in Sona securities may file motions seeking appointment as Lead Plaintiff in this action. I understand that on February 16, 2021, Pomerantz will file a memorandum of law in support of Movants' Co-Lead Plaintiffs motion. I understand that this Declaration and other supporting submissions prepared

{00422353;1 }                                    1

by Pomerantz will be filed concurrently with the memorandum of law.  I understand that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter.  I understand that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice.  I approved Pomerantz as Movants' designated Lead Counsel.  I approved the filing of a motion on Movants' behalf seeking appointment as Co-Lead Plaintiffs.

5.    I attest to, among other things, Movants' belief in the merits of this action; Movants' desire to achieve the best possible result for the Class; Movants' interest in prosecuting this case; Movants' understanding of the fiduciary obligations of a Lead Plaintiff; and Movants' preparedness to supervise counsel and undertake all actions necessary to ensure that the Class's claims will be zealously and efficiently litigated.  I hereby affirm that the foregoing statements, as well as all other statements set forth in this Declaration, are true and correct statements of my own and Movants' views and intentions with respect to this litigation, and that Movants seek appointment as Co-Lead Plaintiffs in this action.

6.    Given Movants' significant financial interest in the claims against the defendants, Movants are strongly motivated to recover the significant losses that Movants and the Class suffered as a result of defendants' violations of the federal securities laws.  Movants' principal goal in seeking to serve as Co-Lead Plaintiffs in this case is to achieve the best possible recovery for the Class from all culpable parties.  Movants are committed to ensuring the litigation is litigated as zealously and efficiently as possible, in accordance with Movants' duties under the PSLRA.

7.    If Movants are appointed Co-Lead Plaintiffs, I will satisfy Movants' fiduciary obligations to the Class by, among other steps, conferring with Pomerantz regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations,

and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, Movants will ensure that the Sona securities litigation will be vigorously prosecuted consistent with the obligations of a Lead Plaintiff under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

8.      After reviewing the allegations pleaded in the complaint, and consulting with counsel, I independently determined to seek appointment as Co-Lead Plaintiffs on behalf of Movants, and subsequently approved the filing of a motion seeking Movants' appointment as Co-Lead Plaintiffs. I agree that Movants' resources and ability to engage in decision-making will materially benefit and advance the interests of the Class in this case.

9.      I understand that the Lead Plaintiff's share of any recovery is the same as every other potential class member. As the Certifications I executed on behalf of Movants state, Movants will not accept any payment for serving as a representative party beyond their *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA

10.     I understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of investors to serve as Lead Plaintiff when investors are able to establish that they are able to oversee the litigation and their proposed Lead Counsel in an independent manner. Movants intend to prosecute this litigation in such an independent and vigorous manner.

11.     I also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently. Movants have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, Movants selected Pomerantz to serve as Lead

DocuSign Envelope ID: C70BFD88-5C11-4620-BBCB-F02C4CC1531C

Counsel.  Based on Pomerantz's experience in achieving substantial recoveries in securities class actions, Movants believe that the firm is well-qualified to represent the Class.

12.    Pomerantz has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  On behalf of Movants, I will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

{00422353;1 }                                           4

DocuSign Envelope ID: C70BFD88-5C11-4620-BBCB-F02C4CC1531C

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 2/16/2021 day of February 2021.


DocuSigned by:
Robert W Vatter
27799C053D504E6...

Robert Vatter
On behalf of Vatter Investment Partners and Slice of Pie, LLC

{00422353;1 }                                                    5