**ROCHE FREEDMAN LLP**
Ivy T. Ngo (249860)
Velvel (Devin) Freedman (*pro hac vice*)
Constantine P. Economides (*pro hac vice*)
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 971-5943
Facsimile: (646) 392-8842
Emails: ingo@rcfllp.com
         vel@rcfllp.com
         ceconomides@rcfllp.com

*Counsel for Plaintiff*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re SONA NANOTECH INC. SECURITIES LITIGATION | Case No.:  2:20-cv-11405-MCS-MAA<br><br>**NOTICE OF FILING SUPPLEMENTAL AUTHORITY** |
| This Document Relates To:<br><br>ALL ACTIONS. | CLASS ACTION<br>JUDGE: Mark C. Scarsi |

Lead Plaintiff Meridian Media Ventures Inc. ("Meridian" or "Plaintiff"), by and through its attorneys, individually and on behalf of all others similarly situated, hereby files this Notice of Supplemental Authority in further support of Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Complaint, ECF No. 60.

Lead Plaintiff respectfully submits *In re Alphabet, Inc. Securities Litigation*, No. 20-15638, 2021 WL 2448223 (9th Cir. 2021) (Ikuta, J.) as supplemental legal authority, a copy of which is attached hereto as **Exhibit A**.

Dated: June 22, 2021

Respectfully Submitted,

**ROCHE FREEDMAN LLP**

*/s/ Ivy T. Ngo*

Ivy T. Ngo (249860)
Velvel (Devin) Freedman (*pro hac vice*)
Constantine P. Economides (*pro hac vice*)
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 971-5943
Emails: ingo@rcfllp.com
         vel@rcfllp.com
         ceconomides@rcfllp.com

*Counsel for Plaintiff and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (290685)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Plaintiff*

1

NOTICE OF FILING SUPPLEMENTAL AUTHORITY

### CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 22, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

By:   */s/ Ivy T. Ngo*
Ivy T. Ngo

NOTICE OF FILING SUPPLEMENTAL AUTHORITY