**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SONA NANOTECH INC. SECURITIES LITIGATION<br><br>Kevin Alperstein v. Sona Nanotech Inc. et al | Case No. 2:20-cv-11405-MCS-MAA<br><br>**JUDGMENT** |

1  Pursuant to this Court's Order Granting Defendants' Motion to Dismiss,
2  IT IS ADJUDGED that the action is dismissed with prejudice. Judgment is
3  entered in favor of Defendants Sona Nanotech Inc., David Regan, Robert Randall, and
4  Darren Rowles. Lead Plaintiff Meridian Media Ventures Inc. shall take nothing from
5  this action.

7  **IT IS SO ORDERED.**

9  Dated: March 18, 2022

                                        MARK C. SCARSI
                                      UNITED STATES DISTRICT JUDGE